UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB - 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.   Criminal Action No. 10-110-1

REGINALD CLARK

**JURY NOTES**

Hon. Judge Walton,

   The jury has reached a unanimous verdict on seven of the eight counts charged. At this time, we are unable to reach a unanimous verdict on one of the eight counts charged.

_____
Foreperson

2/1/2011
Date

11:52 am
Time

UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF COLUMBIA

FEB - 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.   Criminal Action No. 10-110-1

REGINALD CLARK

### JURY NOTES

Hon. Judge Walton,

The jury has reached a unanimous verdict as to the remaining count.

_____
Foreperson

2/01/2011
Date

2:45 pm
Time